Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−10598−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Autumn Fisher
   3722 Main Street
   Erie, PA 16511

Social Security No.:
   xxx−xx−0920

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Tina M. Fryling
4402 Peach Street, Suite 3
Erie, PA 16509
Telephone number:  814 450 5161

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 2, 2024
01:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861

CONFIRMATION HEARING DATE/TIME/LOC
December 2, 2024
01:00 PM

Same location as
Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/21/24

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10598-JCM |
| Autumn Fisher | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 21, 2024 | Form ID: rsc13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Autumn Fisher, 3722 Main Street, Erie, PA 16511-2734 |
| 16443279 | + | Christopher Aviles, 3315 Buffalo Road, Front/Upstairs, Erie, PA 16510-1875 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16443275 | + | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:22:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 16443276 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2024 00:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16443277 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 22 2024 00:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 16443278 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2024 00:12:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16443280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2024 00:12:33 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16443281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2024 00:12:33 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16450623 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 00:08:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 16443282 | + | Email/Text: mrdiscen@discover.com | Oct 22 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16443283 | + | Email/Text: dplbk@discover.com | Oct 22 2024 00:09:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 16443284 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 22 2024 00:08:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 16443285 | + | Email/Text: char@ibew56fcu.org | Oct 22 2024 00:09:00 | Ibew Local 56 Fed Cr U, 962 W 20th St, Erie, PA 16502-2401 |
| 16443286 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 00:22:58 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 16443287 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

Case 24-10598-JCM   Doc 19   Filed 10/23/24   Entered 10/24/24 00:29:43   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: rsc13 | Total Noticed: 35 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 22 2024 00:09:00 | Key Bank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16443288 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 22 2024 00:09:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16443289 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 22 2024 00:09:00 | Keybank N.A., Attn: Bankruptcy, 4910 Tiedeman Rd Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 16443290 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 22 2024 00:09:00 | Keybank NA, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 16443291 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 22 2024 00:09:00 | Keybank Na, Attn: Bankruptcy, 127 Public Square, Cleveland, OH 44114-1217 |
| 16443292 | + | Email/Text: EBNBKNOT@ford.com | Oct 22 2024 00:09:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 16443293 | + | Email/Text: cuoffice@newelchfcu.com | Oct 22 2024 00:08:00 | North East Welch Fcu, 115 Clay St, North East, PA 16428-1537 |
| 16443294 | + | Email/PDF: ebnotices@pnmac.com | Oct 22 2024 00:12:19 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16443295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:22:42 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:28 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:22:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:22:48 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443302 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:15 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443303 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:05 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16443304 | + | Email/Text: bankruptcysst@alorica.com | Oct 22 2024 00:08:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 16443305 | + | Email/Text: jsprentz@urc.com | Oct 22 2024 00:09:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |
| 16443306 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 22 2024 00:12:15 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16443300 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 21, 2024 | Form ID: rsc13 | Total Noticed: 35 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor Autumn Fisher tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 4