FORM JCM 005

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>    AUTUMN FISHER )<br>                                     )<br>    Debtor )<br>_____ )<br>                                     )<br>AUTUMN FISHER )<br>    Movant )<br>            v. )<br>MEDALLION BANK )<br>    Respondent )<br>                                     ) | Case No: 24-10598-JCM<br><br>Chapter 13<br><br>Document No.<br><br>Related to Document No.<br><br>Hearing Date: March 4, 2025 at 1:30 p.m. |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING OBJECTION TO CLAIM OF MEDALLION BANK**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 17, 2025, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 4, 2025 at 1:30 p.m. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501). Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: January 27, 2025              /s/ Tina M Fryling
                                                                           Tina M Fryling, Bar ID 76520
                                                                           Attorney for Debtors
                                                                           4402 Peach Street, Suite 3
                                                                           Erie, PA 16509
                                                                           (814) 450 5161
                                                                           tinafryling@gmail.com