IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10598-JCM |
| | : | | |
| Autumn Fisher | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/4/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**   #40 Objection to Proof of Claim filed by Medallion Bank
  #42 Medallion Bank's Response to Debtor's Objection to Claim No. 12

**APPEARANCES:**

Debtor: Tina M. Fryling (no appearance)
Trustee: James Warmbrodt
Medallion Bank: Keri Ebeck

**NOTES:**

Ebeck:   I was expecting to see Ms. Fryling here today. Within the claim itself there are filed UCC-1s. I told Ms. Fryling we would work something out.

**OUTCOME:**   Continued to March 25, 2025 at 1:30 P.M. TO to be entered.

SIGNED
3/4/25 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA