IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10598-JCM |
| | : | | |
| Autumn Fisher | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/25/2025 |
| | : | Time: | 01:30 |

### PROCEEDING MEMO

**MATTER**   #40 Continued Objection to Proof of Claim filed by Medallion Bank
  #42 Medallion Bank's Response to Debtor's Objection to Claim No. 12

**APPEARANCES:**

  Debtor:   Tina M. Fryling
  Trustee:   Kate DeSimone (video)
  Medallion Bank: Keri Ebeck (video)

**NOTES:**

Ebeck:   We have spoken, and I believe the claim is secured.  I have not heard back from my client.

Fryling:   My client can offer to surrender the bathroom surrender.  Anything else beyond that would go in to the unsecured pool.

**OUTCOME:**   The Parties to file a Stipulation on or before April 8, 2025.  TO to be entered.

SIGNED
3/25/25 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA