FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Autumn Fisher**

Case No. 24-10598-JCM

**Chapter 13**

**Debtor(s).**

Related to Doc Nos. 6 & 33 & 54

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  the Trustee

- ☐ a motion to lift stay
     as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated October 9, 2024
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $1,062.00 to $1,177.00 per month, effective May 2025; and/or the Plan term shall be changed from ___ months to ____ months.           .

[04/22]                    -1-

FORM JCM 13-3

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: The estimated pool of funds available to be paid to non-specially classified general unsecured creditors is revised to $15,000.00. The required minimum to be paid to general unsecured creditors (in accordance with §1325(a)(4)) is to be $15,000.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

**SO ORDERED**, this <u>9th</u> day of <u>        May        </u>, 202<u>5</u>

Dated:  <u>May 9, 2025        </u>

<u>                              jlm        </u>
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
5/9/25 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Tina M. Fryling
Tina M. Fryling (PA I.D. #76520)
Attorney for debtor
4402 Peach Street, Suite 3
Erie, PA 16509
814-450-5161
tinafryling@gmail.com

Stipulated by:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
okatz@chapter13trusteewdpa.com

cc:    All Parties in Interest to be served by Clerk

[04/22]                                                                   -3-

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 24-10598-JCM |
|---|---|
| Autumn Fisher | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Autumn Fisher, 3722 Main Street, Erie, PA 16511-2734 |
| 16443279 | + | Christopher Aviles, 3315 Buffalo Road, Front/Upstairs, Erie, PA 16510-1875 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | May 10 2025 06:35:00 | Medallion Bank, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 16443275 | + | Email/PDF: bncnotices@becket-lee.com | May 10 2025 06:46:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 16443276 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2025 06:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16468843 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2025 06:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16443277 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 10 2025 06:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 16443278 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2025 06:46:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16443280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2025 06:46:21 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16443281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2025 06:46:21 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16450623 | | Email/Text: mrdiscen@discover.com | May 10 2025 06:35:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 16443282 | + | Email/Text: mrdiscen@discover.com | May 10 2025 06:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16443283 | + | Email/Text: dplbk@discover.com | May 10 2025 06:35:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 16443284 | | Email/Text: collecadminbankruptcy@fnni.com | May 10 2025 06:35:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 16443285 | + | Email/Text: char@ibew56fcu.org | May 10 2025 06:35:00 | Ibew Local 56 Fed Cr U, 962 W 20th St, Erie, PA 16502-2401 |
| 16469327 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 10 2025 06:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16459138 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 10 2025 06:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16443286 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2025 06:46:21 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16443287 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 10 2025 06:35:00 | Key Bank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16443288 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 10 2025 06:35:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16443289 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 10 2025 06:35:00 | Keybank N.A., Attn: Bankruptcy, 4910 Tiedeman Rd Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 16443290 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 10 2025 06:35:00 | Keybank NA, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 16443291 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 10 2025 06:35:00 | Keybank Na, Attn: Bankruptcy, 127 Public Square, Cleveland, OH 44114-1217 |
| 16443292 | + | Email/Text: EBNBKNOT@ford.com | May 10 2025 06:35:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 16471169 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | May 10 2025 06:35:00 | Medallion Bank, c/o Systems & Services Technologies,Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 16443293 | + | Email/Text: cuoffice@newelchfcu.com | May 10 2025 06:35:00 | North East Welch Fcu, 115 Clay St, North East, PA 16428-1537 |
| 16443294 | + | Email/PDF: ebnotices@pnmac.com | May 10 2025 06:46:24 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16468832 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2025 06:46:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16443295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:18 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:18 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:23 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:21 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443302 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:18 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16443303 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 10 2025 06:46:21 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16443304 | + | Email/Text: bankruptcysst@alorica.com | May 10 2025 06:35:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 16443305 | + | Email/Text: jsprentz@urc.com | May 10 2025 06:35:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |
| 16443306 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 10 2025 06:46:24 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 16458983 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 10 2025 06:46:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 24-10598-JCM    Doc 59    Filed 05/11/25    Entered 05/12/25 00:23:01    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2025 | Form ID: pdf900 | Total Noticed: 40 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16443300 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Medallion Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor Autumn Fisher tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 5