IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| AUTUMN FISHER : | |
| Debtor : | Bankruptcy No. 24-10598-JCM |
| : | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC : | |
| Movant : | |
| V. : | Related  Document No. |
| AUTUMN FISHER : | Related to Claim No. 8 |
| Debtor : | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date:  September 22, 2025

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161